DAVID BURNHAM *against* LEVI GOODWIN and others.

<div style="float:left">A material a-
mendment al-
lowed, in a
petition to re-
deem without
costs.</div>

ON a petition to redeem mortgaged lands, *Edwards*, for the petitioner, moved a material amendment to the bill. The only question was as to the payment of costs.

THE COURT allowed the amendment without costs, on the ground, that the petitioner would be obliged to pay costs in either event of the suit. If the prayer of his petition should be granted, he must pay costs before he can redeem; if denied, costs will be taxed against him.